UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BRUCE KUSHAKOW, STANLEY KUSHAKOW,
RITA KUSHAKOW,

                              Plaintiff,

              -against-

TOWN OF HEMPSTEAD, et al.,

                              Defendants.

------------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★    JUL 01 2014    ★

**LONG ISLAND OFFICE**

ORDER
14-CV-3798(SJF)(ARL)

FEUERSTEIN, District Judge:

The Court's records reflect that the complaint in this action was filed on June 18, 2014.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is
> filed, the court – on motion or on its own after notice to the
> plaintiff – must dismiss the action without prejudice against that
> defendant or order that service be made within a specified time.
> But if the plaintiff shows good cause for the failure, the court must
> extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by **October 16, 2014**, or plaintiffs

fail to show good cause why such service has not been effected, this action will be dismissed

without prejudice. **Plaintiffs are to provide a copy of this Order to the defendants along**

**with the summonses and complaint, and shall file proof of service with the Court.**

Plaintiffs are required to advise the Clerk of Court of any change of address. Failure to

keep the Court informed of plaintiffs' current address means the Court will not know where to

contact plaintiffs and may result in dismissal of the case.

SO ORDERED.

s/ Sandra J. Feuerstein

_____

Sandra J. Feuerstein
United States District Judge

Dated:    July 1, 2014
          Central Islip, New York